**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| JOSEPH ASHWORTH et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | CV 116-160 |
| FLOUR ENTERPRISES, INC. | * | |
| et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |
| | * | |

**O R D E R**

On April 3, 2017, Plaintiffs and Defendant Flour Enterprises, Inc. moved the Court for approval of their settlement in this case. (Doc. 41.) The Court denied that motion on April 19, 2017, because it contained a pervasive release. (Doc. 43.) These parties have now amended their settlement agreement and again ask for the Court's approval. (Doc. 44.)

Under the new agreement,

> Each Plaintiff releases and discharges any and all claims they may have under the FLSA, as well as for breach of contract (as alleged in Paragraph 42(b) of the Complaint), unjust enrichment (as alleged in Paragraph 42(c) of the Complaint), and any other claims which could have been brought relating to their pay or reimbursements while employed by Defendant or which necessarily should have been

brought as part of the claims asserted in the Litigation.

(Doc. 44-1 at 5.)  But as the Court stated in its prior order, "an employer is not entitled to use a FLSA claim (a matter arising from the employer's failing to comply with the FLSA) to leverage a release from liability unconnected to the FLSA." Webb v. CVS Caremark Corp., No. 5:11-CV-106(CAR), 2011 WL 6743284, at *3 (M.D. Ga. Dec. 23, 2011) (citation and internal quotation marks omitted).  Thus, because the parties' settlement agreement releases Plaintiffs' claims of breach of contract and unjust enrichment, their motion for settlement approval is **DENIED WITHOUT PREJUDICE.**

   **ORDER ENTERED** at Augusta, Georgia this _10th_ day of July, 2017.

                                   _____
                                   J. RANDAL HALL, CHIEF JUDGE
                                   UNITED STATES DISTRICT COURT
                                   SOUTHERN DISTRICT OF GEORGIA