IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
JOSEPH ASHWORTH et al.,         *
                                *
     Plaintiffs,                *
                                *
v.                              *
                                *     CV 116-160
FLUOR ENTERPRISES, INC.         *
et al.,                         *
                                *
     Defendants.                *
                                *
                                *
```

**O R D E R**

Currently before the Court is Plaintiffs' and Defendant Fluor Enterprise, Inc.'s joint motion to dismiss. (Doc. 46.) These parties wish to dismiss Plaintiffs' breach-of-contract and unjust-enrichment claims. Upon consideration, the Court **GRANTS** the motion. Plaintiffs' breach-of-contract and unjust-enrichment claims against Fluor are therefore **DISMISSED**.

**ORDER ENTERED** at Augusta, Georgia this 31ST day of July, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA