IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

JOSEPH ASHWORTH, JAMES CLIETT, \
RYAN COLDIRON, TERRY ENGLISH, \
JOHN MICHAEL GREEN, WILLIE \
HELMS, LEON HENSON, DONALD \
KEITH MILES, DANIEL NICHOLS, \
TIM PINKERTON, BRIAN RINKER, \
WAYNE SILVA, JACKSON WILLIAMS, \
JERRY BABER, CHARLES FOSTER, \
JOHN MATHIS, BILLY PLATT, On \
Behalf of Themselves and All \
Others Similarly Situated,

  Plaintiffs,

   v.        CV 116-160

WECTEC GLOBAL PROJECT \
SERVICES, INC.,

  Defendant.

# O R D E R

Before the Court is the Parties' stipulation of dismissal. (Doc. 52.) Plaintiffs and Defendant consent to dismissal; thus, dismissal is proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiffs' claims are **DISMISSED**. The Clerk is directed to close this case. Each party shall bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia this 30th day of September, 2020.

_____ \
J. RANDAL HALL, CHIEF JUDGE \
UNITED STATES DISTRICT COURT \
SOUTHERN DISTRICT OF GEORGIA